IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CLIFF PAUL, <br>     Plaintiff <br><br> v. <br><br> DONALD T. STERLING d/b/a/ <br> LOS ANGELES CLIPPERS OWNER: <br> NATIONAL BASKETBALLL ASSOCIATION <br> a/k/a/ N.B.A., <br>     Defendants | Case No. 6:14-cv-684-Orl-37GJK |

### MOTION FOR PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, T.R.O.

COMES NOW, the PLaintiff, Cliff Paul, in Pro Se, facing imminent danger and bodily harm from the Defendants. Donald Sterling, Owner of the Los Angeles Clippers, is a racist, and under 42 U.S.C. §1981 & 1982, I have a Constitutional right to whistleblow against him. He's a cracker. I'm scared of him. I was a former janitor where the Clippers play. I am also a relative to Chris Paul who plays for the Clippers. For many years I had bugging devices put in Donald Sterling's Office, and I got tons of recordings of him saying Racist, Derogatory things on the Black race and I'm tired of this crap. Now I'm scared to death in Protective Custody in the Isolation Unit at SCI-Rockview. On tape, Sterling called Chris Paul a Porch Monkey. Sterling said that Shaquille O'Neal is a big Milk Dud, and said Charles Barkley's head looks like a retread tire and he only got into Auburn on Affirmative Action. I heard Donald Sterling have a phone call with Don Imus talking Black jokes. Sterling said to Imus, "How did they find out the Beyonce was pregnant?" Imus said, how? Sterling said, "They shoved a banana up her vagina and it came out with a bite out of it." Beyonce's husband, Jay-Z, is an owner of the Nets. Then they both started making monkey sounds.

Last year Sterling was watching the George Zimmerman verdict, and when they found him not guilty he said, "Buy that guy a beer; They should have a hunting season on all the spooks who walk around with their pants hanging down." When the L.A. Police Officers beat Rodney King, Sterling gave them season tickets to Clipper's games. He told Officer Koons thanks for beating a Coon; I witnessed this. Sterling and Paula Dean went to IHop and laughed at the Black dishwashers. Sterling said a joke, "Why are Niggers good at Basketball?" "Because they can steal, shoot, and run." Sterling says he supports Michael Dunn in Jacksonville and sends him prison commissary money and appeal money from the proceeds from Clippers games.

Sterling calls all Black fans that come to Clippers games, "Spear-Chucking Thugs." Sterling is friends with Cliven Bundy. They both want Blacks to pick cotton. Sterling told Phil from Duck Dynasty that his all Monkey Basketball team is Patrick Ewing, Manute Bol, Tyrone Hill, Sam Cassell, and Popeye Jones. Sterling said that when the new N.B.A. Commissioner Adam Silver took office, that Silver does his job like a Coon washing dishes at Long John Silvers and said the Commissioner is a bald wigger.

Sterling was prison pen pals with Franklin and approved Franklin shooting Larry Flint because Sterling hates race mixing. Sterling said "that trash Armenian mutt Kim Kardashian left a perfectly good white boy Chris Humphries for Jungle Bunny Kanye West. He said what do you expect from a whore who's father defended that piece of shit nigger O.J. Simpson. Sterling said that Elgin Baylor looks like Uncle Ben and couldn't play basketball worth crap. Sterling said Blake Griffin is a half breed, freckle-faced steroid-taking idiot who got the brains of a chimpanzee.

Sterling said he was glad that Tupac got shot. Sterling attended KKK ralies in Dawsonville GA with Frazier Glenn. Sterling said he is going to hang a noose in front of Trayvon Martin's house; he must be stopped. Sterling said what kind of Jigga-Boo named their kid Mookie Blaylock or gives someone the nickname Chocolate Thunder. Sterling said that Lebron James' wife looks like a big turd, like the inbred Precious. Sterling told a joke to J.J. Redick, "How do you drown a Nigger?"-"Deflate his lips." They both laughed and said, Heil Hitler. Sterling called Doc Rivers an Uncle Tom and said his mom looked like Harriet Tubman. Sterling was pissed when Kobe Bryant's rape case got dismissed and said the Blacks steal all the White girls. He said that James Worthy's dad almost starved to death when they hid his food stamps in his work boots. Sterling said that Black History Month is a bunch of bullshit, and where is White History Month?

Once Sterling had Former Cincinnati Reds Owner Marge Schott over in his Owner's box and they were telling each other Black jokes. I heard Sterling say, "What's long and hard on a Black Guy?" "Second Grade." Marge Schott laughed and said that Ozzie Smith was a dumb ass nigger. Sterling said that Dennis Rodman should leave his Black ass in North Korea, and that he is nothing but a circus freak. He said this to Senator John McCain. Sterling said that Hareem Abdul Jabar is a totem pole and that he and Danny Glover are Soulman actors and cotton pickers. He said that he don't blame the cab driver for not picking up Danny Glover. He said that he has a problem getting the smell of hair grease and chicken out of the team bus. I heard sterling talking racist jokes at 3:00 a.m. to Jake from State Farm. Sterling said the only good thing about the Million Man March was that none of them spooks missed work. He said that Blacks get Sickle cell from licking Food stamps. Sterling said that his entire team are wanna be Hrlem Globe Trotters and that they should remake Roots in reverse so they all go back to Africa. Sterling told his friend Larry Bird that Jesus couldn't have been born in Africa, because they couldn't find three wise men and a virgin. When Nelson Mandela died, Sterling pulled out a cigar and said he would like to piss on his grave. He said the only Affirmative action he supports is drive-by shootings of black drug dealers on the corner of skid row. He even drives down skid row spitting watermelon seeds and yelling racial epithets at Black street bums.

Sterling said that Carmelo Anthony's dad looked like Chacko Zulu. Sterling's favorite movie is Higher Learning when White Supremists pick on Blacks. Sterling said that all Black kids look like Raisonettes. Now I'm worried Sterling will have some of the racist staff at Rockview kill me. He is in the KKK, and so are some of them. I seek a Restraining Order against him and against the NBA on all Clippers games until he is removed from ownership. I seek a

boycott against the Clippers. Society needs an unracist owner. Sterling is a bigot. He's lost touch with reality. I ask for an Injunction from citizens paying for all future Clippers games and we be allowed to attend for free are reparations for creeps like Donald T. Sterling. If this court does not grant a Restraining Order against him as an Owner, I will sue him in another court. Maybe I'll get Casey Anthony's Judge. I am paroling soon; maybe I'll be a janitor for Mark Cuban next season. He ain't a racist; he gives loans to African Americans on Shark Tank.

Donald Sterling had a secret meeting with then NBA Commissioner David Stern to discuss the African American problem in society. Sterling came up with a bunch of ideas to turn the NBA into an all white sport. Sterling wanted to ban Blacks from playing in the NBA. Only whites, preferably blond hair, blue eyed Aryans. No Black fans allowed in the arena. No wiggers either. Sterling was tired of the Los Angeles Kings Hockey team getting more revenue than the Clippers, so Sterling wanted to finance Operation Hockey Black to train Blacks to be skaters and puck handling skills and infiltrate the NHL with Black players to crumble the sport. I witnessed and taped all the conversations Sterling said against Blacks in this lawsuit.

Sterling said to David Stern that Magic Johnson is an AIDS-infested spear chucker Yo Yo Yo who couldn't manage a White Castle. Sterling said that he hopes Jesse Jackson's son gets raped in prison by the White Nazi Low Riders. Sterling also said that Dwayne Wades' mom is a crack whore and doesn't even know who his daddy is. Sterling told then Governor Arnold Swartzenegger back in 2004 at a KKK rally that new State laws must be enacted against Blacks. Hike up your pants, No hip Hop Rap crap. Order them to get short hair cuts; no dreads or weaves; make your hair like the slave days and wear do rags. Make all Blacks drive Whites to work like Morgan Freeman in Driving Miss Daisy.

Sterling caused me psychological trauma and emotional distress and violated my civil rights. I love and support Blacks and people of all races and colors. I even have Philippine Pen Pals. I think all African Americans are quality people, with too many in jail on trumped up cases and crack cocaine laws. Sterling says he loves liquor stores in ghettos and supports the CIA putting drugs in Black communities. Sterling told his friend Bill Lambier that every Martin Luther King day he goes to the Loraine Motel in Memphis and laughs and shouts Heil, Happy James Earl Ray Day! Every morning Sterling gets up and does his White Power salutes and rambles how he hates Blacks stealing White women who have Black Oreo welfare babies. Sterling received a lifetime achievement award from the NAACP. I demand that it be taken back. Every Black must boycott the Clippers. This man Sterling deserves no job, no forgiveness, and a Restraining Order be Granted Against Sterling from owning the Clippers. This sends a clear message to other bigot owners of sports franchises that this type of behavior will not be tolerated. I seek a Restraining Order!

Date: 4-26-14                                    _____
                                                 Cliff Paul