**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CLIFF PAUL,

        Plaintiff,

v.                                                  Case No. 6:14-cv-684-Orl-37GJK

DONALD T. STERLING; and
NATIONAL BASKETBALL
ASSOCIATION,

        Defendants.

**ORDER**

This cause is before the Court on Plaintiff's Motion for Preliminary Injunction, Temporary Restraining Order, T.R.O. (Doc. 1), filed May 1, 2014.

A cursory review of the motion indicates that it is blatantly noncompliant with the Local Rules and the Federal Rules of Civil Procedure. A motion for temporary restraining order ("TRO") must cite specific factual allegations in the verified complaint, contain a memorandum of law, and demonstrate a likelihood of success and the threat of imminent injury, among other things. *See* Local Rule 4.05(b). This motion does none of that. In fact, the motion could not possibly be supported by factual allegations because it was not filed alongside a complaint at all.

Therefore, the motion for TRO is due to be denied for noncompliance with Local Rule 4.05 and Federal Rule of Civil Procedure 65. Furthermore, as no complaint has been filed, this case has not commenced and this file is due to be closed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

The Court further notes that if Plaintiff chooses to file a complaint, he is cautioned

that it will be screened for frivolity pursuant to Federal Rule of Civil Procedure 11. If Plaintiff files a complaint that is plainly frivolous, unsupported, or presented for an improper purpose, he may be subject to sanctions. *See* Fed. R. Civ. P. 11(b)–(c).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion for Preliminary Injunction, Temporary Restraining Order, T.R.O. (Doc. 1) is **DENIED**.

2. The Clerk is **DIRECTED** to close this case file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 1, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

*Pro Se* Party